UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WARREN E. BELL,

                Plaintiff,

    v.

JEFF BERGLUND, et al.,

                Defendants.

CASE NO. 3:25-cv-05544-BAT

**ORDER DIRECTING PLAINTIFF TO PROVIDE STATUS REPORT REGARDING DEFENDANTS STEVE KRAFT AND LIBERTY TOWING**

The Court directs Plaintiff, Warren E. Bell, to provide a status report regarding whether he intends to serve Defendants Steve Kraft and Liberty Towing no later than **July 9, 2025.**

1. About May 6, 2025, Plaintiff filed a complaint in the District Court for the State of Washington in Pierce County.

2. On June 18, 2025, Lakewood Police Officers Jeff Berglund, Mike McGettigan, Charlie Porche, Joshua Northcutt, and the Lakewood Police Department (hereafter "Lakewood Defendants") filed a Notice of Removal in this Court.

3. The Notice of Removal indicates Plaintiff has not served the complaint and summons upon Defendants Steve Kraft and Liberty Towing, and these Defendants have not appeared in this case.

4. Under the Federal Rules of Civil Procedure, Plaintiff is required to file an

1  affidavit that a Defendant has been properly served. If a defendant is not served within 90 days,

2  the action against that defendant must normally be dismissed.

3      5.    The Court thus directs Plaintiff to file a status report regarding whether he intends

4  to serve Defendants Steve Kraft and Liberty Towing no later than **July 9, 2025**.

5      6.    The clerk shall provide a copy of this order to all parties.

6  DATED this 25th day of June, 2025.

                                                                  BRIAN A. TSUCHIDA
                                                                  United States Magistrate Judge

ORDER DIRECTING PLAINTIFF TO PROVIDE STATUS
REPORT REGARDING DEFENDANTS STEVE KRAFT AND
LIBERTY TOWING - 2